E. J. JOHNSON v. THE STATE.

No. 6435.     Decided November 2, 1921.

**Robbery—Reforming Judgment—Practice on Appeal.**

Where, upon appeal from a conviction of robbery the judgment condemned the defendant to confinement for the full period of twenty-five years, but should have confined for a period of not less than five nor more than twenty-five, the same is so amended and reformed.

Appeal from the Criminal District Court of Tarrant. Tried below before the Honorable Geo. E. Hosey.

Appeal from a conviction of robbery; penalty, twenty-five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—Appellant is convicted of robbery; punishment fixed at confinement in the penitentiary for a period of twenty-five years.

The sentence is wrong in failing to take account of the Indeterminate Sentence Law. As it reads, it condemns appellant to confinement for

the "full period of twenty-five years." It should read: "for a period of not less than five nor more than twenty-five years." It is so amended.

We find neither statement of facts nor bills of exceptions, and discern no fundamental errors requiring a reversal.

The judgment is affirmed.

*Affirmed & Reformed.*